IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THOMAS KELLY, | ) | |
| | ) | |
|    Debtor. | ) | |
| | | |
| ERIC N. GROSCH, | ) | |
| | ) | |
|    Appellee, | ) | |
| | ) | |
|    v. | ) | CIVIL ACTION NO. |
| | ) | 3:05cv047-T |
| THOMAS KELLY, | ) | (WO) |
| | ) | |
|    Appellant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court that the appeal in this case is dismissed.

It is further ORDERED that costs are taxed against appellant, for which execution may issue.

The clerk of the court is DIRECTED to enter this document

on the civil docket as a final judgment pursuant to Rule 58

of the Federal Rules of Civil Procedure.

DONE, this the 30th day of September, 2005.


                       __/s/ Myron H. Thompson___
                       UNITED STATES DISTRICT JUDGE